**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Eric W. Sorenson,

       Plaintiff,                    Civil No.07-4720 (RHK/AJB)

vs.                          **DISQUALIFICATION AND**
                                     **ORDER FOR REASSIGNMENT**

Janea M. Sorenson,

       Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: December 4, 2007

                                                   s/Richard H. Kyle
                                                   RICHARD H. KYLE
                                                   United States District Judge